No. 12–159. WILLIAMS ET UX. v. JPMORGAN CHASE BANK ET AL., *ante*, p. 959. Petition for rehearing denied. JUSTICE ALITO took no part in the consideration or decision of this petition.

No. 12–5101. ROLLNESS v. UNITED STATES, *ante*, p. 932;

No. 12–5938. PEER v. UNITED STATES, *ante*, p. 935; and

No. 12–5944. CESAL v. CROSS, WARDEN, *ante*, p. 935. Petitions for rehearing denied. JUSTICE KAGAN took no part in the consideration or decision of these petitions.

No. 12–5606. CREAMER v. ESIS CLAIMS UNIT ET AL., *ante*, p. 934; and

No. 12–5833. CREAMER v. SMITH COUNTY SHERIFF'S DEPARTMENT, *ante*, p. 966. Motions for leave to file petitions for rehearing denied.

JANUARY 8, 2013

No. 11–338. DECKER, OREGON STATE FORESTER, ET AL. v. NORTHWEST ENVIRONMENTAL DEFENSE CENTER; and

No. 11–347. GEORGIA-PACIFIC WEST, INC., ET AL. v. NORTHWEST ENVIRONMENTAL DEFENSE CENTER. C. A. 9th Cir. [Certiorari granted, 567 U. S. 933.] Motion of petitioners in No. 11–338 for leave to file supplemental brief after argument granted. Other parties to these cases and the Solicitor General may file supplemental briefs, not to exceed 3,000 words each, addressing the effect of the Environmental Protection Agency's amendment to its stormwater-discharge rule on or before Tuesday, January 22, 2013. JUSTICE BREYER took no part in the consideration or decision of this motion.

JANUARY 11, 2013

No. 11–1221. HILLMAN v. MARETTA. Sup. Ct. Va. Certiorari granted.